UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:13-CR-98 RLM |
| | ) | |
| MICHAEL SPURGEON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 4, 2013. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Michael Spurgeon's plea of guilty, and FINDS the defendant guilty of Count 1 of the information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   December 3, 2013

                                                   /s/ Robert L. Miller, Jr.
                                                Judge
                                                United States District Court